901 A.2d 495

Edwin C. NEVILLE, M.D., and James J. Osborne, Appellants,

v.

The PENNSYLVANIA PROPERTY AND CASUALTY INSUR-ANCE GUARANTY ASSOCIATION, The Medical Professional Liability Catastrophe Loss Fund, now by merger, The Medical Care Availability and Reduction of Error Fund, Appellees.

Supreme Court of Pennsylvania.

July 18, 2006.

### *ORDER*

PER CURIAM.

AND NOW, this 18th day of July, 2006, the Order of the Commonwealth Court is AFFIRMED.